**Form 154A**

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

6

In re:                                                                                      Bankruptcy Case No.: 20−10238−TPA

Chapter: 13

**Megan N. Kerr
fka Megan N Jones**
   Debtor(s)

## NOTICE TO FILE PROOF OF CLAIM

NOTICE IS GIVEN THAT:

   Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **May 29, 2020**.

   Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

   The proof of claim form ("Official Form B410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. It may be filed by regular mail. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self−addressed envelope or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

   There is no fee for filing the proof of claim.

   **Any creditor who has filed a proof of claim already need not file another proof of claim.**

   Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**                                                           Michael R. Rhodes
  U.S. Bankruptcy Court                                                                      *Clerk, U.S. Bankruptcy Court*
  c/o CLAIMS CLERK
  5414 U.S Steel Tower
  600 Grant Street
  Pittsburgh, PA 15219

Dated: 3/23/20

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Megan N. Kerr  
    Debtor

Case No. 20-10238-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1        User: admin        Page 1 of 1        Date Rcvd: Mar 23, 2020  
                          Form ID: 154A      Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2020.
```
db              #+Megan N. Kerr,    8 Elm Drive,    Brookville, PA 15825-1010
15220703        +Cap1/cabelas,    4800 Nw 1st Street,    Lincoln, NE 68521-4463
15220705        +Derek S. Kerr,    8 Elm Drive,    Brookville, PA 15825-1010
15220708        +Kay Jewelers/genesis,    Po Box 4485,    Beaverton, OR 97076-4485
15220709        +Pa Sta Empcu,    P.o. Box 1006,    Harrisburg, PA 17108-1006
15220711        +S & T Bank,    800 Philadelphia,    Indiana, PA 15701-3908
15220714        +Toyota Motor Credit,    Po Box 9786,    Cedar Rapids, IA 52409-0004
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 24 2020 02:52:18
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15220704        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 24 2020 02:44:40      Comenitybank/victoria,
                  Po Box 182789,    Columbus, OH 43218-2789
15220706        +E-mail/Text: mrdiscen@discover.com Mar 24 2020 02:44:32      Discover Fin Svcs Llc,
                  Po Box 15316,    Wilmington, DE 19850-5316
15220707        +E-mail/Text: hmcgrp@aol.com Mar 24 2020 02:44:36      Hmc Group,   29065 Clements Rd,
                  Westlake, OH 44145-1179
15220710        +E-mail/Text: bankruptcyteam@quickenloans.com Mar 24 2020 02:45:05      Quicken Loans,
                  1050 Woodward Ave,    Detroit, MI 48226-1906
15220712        +E-mail/PDF: gecsedi@recoverycorp.com Mar 24 2020 02:53:15      Syncb/lowes,   Po Box 956005,
                  Orlando, FL 32896-0001
15220713        +E-mail/PDF: gecsedi@recoverycorp.com Mar 24 2020 02:52:13      Syncb/oldnavydc,   Po Box 965005,
                  Orlando, FL 32896-5005
15221056        +E-mail/PDF: gecsedi@recoverycorp.com Mar 24 2020 02:52:13      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 8
```

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2020                                        Signature:  <u>/s/Joseph Speetjens</u>

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2020 at the address(es) listed below:
```
              Kenneth P. Seitz    on behalf of Debtor Megan N. Kerr thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 3
```