| Name | Address | Phone |
|---|---|---|
| Aveanna Healthcare AS, LLC | 400 Interstate North Parkway, SE<br>Suite 1600<br>Atlanta, GA 30339<br>United States of America | +1 770-441-1580 |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Megan Kerr | | 03/01/2020 | 03/07/2020 | 03/13/2020 | |

## Current and YTD Totals

| Balance Period | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 41.133333 | 479.62 | 0.00 | 102.49 | 0.00 | 377.13 |
| YTD | 353.033334 | 3,947.20 | 0.00 | 834.53 | 0.00 | 3,112.67 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Overtime Premium | 03/01/2020 - 03/07/2020 | 1.133333 | 5.75 | 6.52 | 22.95 |
| Shift Pay | 03/01/2020 - 03/07/2020 | 41.133333 | 11.50 | 473.10 | 3,924.25 |
| | | | Total: | 479.62 | 3,947.20 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 29.74 | 244.73 |
| Medicare | 6.95 | 57.23 |
| Federal Withholding | 44.99 | 360.55 |
| State Tax - PA | 14.72 | 121.18 |
| SUI-Employee Paid - PA | 0.29 | 2.37 |
| City Tax - DUBOI | 4.80 | 39.47 |
| PA LST - DUBOI | 1.00 | 9.00 |
| Total: | 102.49 | 834.53 |

## Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 479.62 | 3,947.20 |
| Medicare - Taxable Wages | 479.62 | 3,947.20 |
| Federal Withholding - Taxable Wages | 479.62 | 3,947.20 |

## Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

## Payment Information

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| | | | 377.13 | USD |

Payslip: Megan Kerr ( ): 03/07/2020
(Regular) - Complete

07:02 PM
03/16/2020
Page 2 of 2

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|

| Name | Address | Phone |
|---|---|---|
| Aveanna Healthcare AS, LLC | 400 Interstate North Parkway, SE<br>Suite 1600<br>Atlanta, GA 30339<br>United States of America | +1 770-441-1580 |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Megan Kerr | | 02/23/2020 | 02/29/2020 | 03/06/2020 | |

## Current and YTD Totals

| Balance Period | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 39.983334 | 459.85 | 0.00 | 97.79 | 0.00 | 362.06 |
| YTD | 311.900001 | 3,467.58 | 0.00 | 732.04 | 0.00 | 2,735.54 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Overtime Premium | | | | | 16.43 |
| Shift Pay | 02/23/2020 - 02/29/2020 | 39.983334 | 11.50 | 459.85 | 3,451.15 |
| | | | Total: | 459.85 | 3,467.58 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 28.51 | 214.99 |
| Medicare | 6.67 | 50.28 |
| Federal Withholding | 42.61 | 315.56 |
| State Tax - PA | 14.12 | 106.46 |
| SUI-Employee Paid - PA | 0.28 | 2.08 |
| City Tax - DUBOI | 4.60 | 34.67 |
| PA LST - DUBOI | 1.00 | 8.00 |
| Total: | 97.79 | 732.04 |

## Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 459.85 | 3,467.58 |
| Medicare - Taxable Wages | 459.85 | 3,467.58 |
| Federal Withholding - Taxable Wages | 459.85 | 3,467.58 |

## Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

## Payment Information

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| | | | 362.06 | USD |

Payslip: Megan Kerr ( ): 02/29/2020
(Regular) - Complete

07:01 PM
03/16/2020
Page 2 of 2

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| | | Total: | 362.06 | |

| Name | Address | Phone |
|---|---|---|
| Aveanna Healthcare AS, LLC | 400 Interstate North Parkway, SE<br>Suite 1600<br>Atlanta, GA 30339<br>United States of America | +1 770-441-1580 |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Megan Kerr | | 02/16/2020 | 02/22/2020 | 02/28/2020 | |

## Current and YTD Totals

| Balance Period | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 41.933334 | 471.97 | 0.00 | 100.66 | 0.00 | 371.31 |
| YTD | 271.916667 | 3,007.73 | 0.00 | 634.25 | 0.00 | 2,373.48 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Overtime Premium | 02/16/2020 - 02/22/2020 | 1.933333 | 5.50 | 10.65 | 16.43 |
| Shift Pay | 02/16/2020 - 02/22/2020 | 41.933334 | 11.00 | 461.32 | 2,991.30 |
| | | | Total: | 471.97 | 3,007.73 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 29.26 | 186.48 |
| Medicare | 6.84 | 43.61 |
| Federal Withholding | 44.07 | 272.95 |
| State Tax - PA | 14.49 | 92.34 |
| SUI-Employee Paid - PA | 0.28 | 1.80 |
| City Tax - DUBOI | 4.72 | 30.07 |
| PA LST - DUBOI | 1.00 | 7.00 |
| Total: | 100.66 | 634.25 |

## Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 471.97 | 3,007.73 |
| Medicare - Taxable Wages | 471.97 | 3,007.73 |
| Federal Withholding - Taxable Wages | 471.97 | 3,007.73 |

## Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

## Payment Information

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| | | | 371.31 | USD |

Payslip: Megan Kerr ( ): 02/22/2020
(Regular) - Complete

07:01 PM
03/16/2020
Page 2 of 2

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|

| Name | Address | Phone |
|---|---|---|
| Aveanna Healthcare AS, LLC | 400 Interstate North Parkway, SE<br>Suite 1600<br>Atlanta, GA 30339<br>United States of America | +1 770-441-1580 |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Megan Kerr | | 02/09/2020 | 02/15/2020 | 02/21/2020 | |

## Current and YTD Totals

| Balance Period | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 40.85 | 454.05 | 0.00 | 96.41 | 0.00 | 357.64 |
| YTD | 229.983333 | 2,535.76 | 0.00 | 533.59 | 0.00 | 2,002.17 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Overtime Premium | 02/09/2020 - 02/15/2020 | 0.85 | 5.50 | 4.68 | 5.78 |
| Shift Pay | 02/09/2020 - 02/15/2020 | 40.85 | 11.00 | 449.37 | 2,529.98 |
| | | | Total: | 454.05 | 2,535.76 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 28.15 | 157.22 |
| Medicare | 6.59 | 36.77 |
| Federal Withholding | 41.92 | 228.88 |
| State Tax - PA | 13.94 | 77.85 |
| SUI-Employee Paid - PA | 0.27 | 1.52 |
| City Tax - DUBOI | 4.54 | 25.35 |
| PA LST - DUBOI | 1.00 | 6.00 |
| Total: | 96.41 | 533.59 |

## Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 454.05 | 2,535.76 |
| Medicare - Taxable Wages | 454.05 | 2,535.76 |
| Federal Withholding - Taxable Wages | 454.05 | 2,535.76 |

## Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

## Payment Information

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| | | | 357.64 | USD |

Payslip: Megan Kerr ( ): 02/15/2020
(Regular) - Complete

07:01 PM
03/16/2020
Page 2 of 2

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| | | | | |

| Name | Address | Phone |
|---|---|---|
| Aveanna Healthcare AS, LLC | 400 Interstate North Parkway, SE<br>Suite 1600<br>Atlanta, GA 30339<br>United States of America | +1 770-441-1580 |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Megan Kerr | | 02/02/2020 | 02/08/2020 | 02/14/2020 | |

## Current and YTD Totals

| Balance Period | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 40.20 | 443.32 | 0.00 | 93.85 | 0.00 | 349.47 |
| YTD | 189.133333 | 2,081.71 | 0.00 | 437.18 | 0.00 | 1,644.53 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Overtime Premium | 02/02/2020 - 02/08/2020 | 0.20 | 5.50 | 1.10 | 1.10 |
| Shift Pay | 02/02/2020 - 02/08/2020 | 40.20 | 11.00 | 442.22 | 2,080.61 |
| | | | Total: | 443.32 | 2,081.71 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 27.49 | 129.07 |
| Medicare | 6.42 | 30.18 |
| Federal Withholding | 40.63 | 186.96 |
| State Tax - PA | 13.61 | 63.91 |
| SUI-Employee Paid - PA | 0.27 | 1.25 |
| City Tax - DUBOI | 4.43 | 20.81 |
| PA LST - DUBOI | 1.00 | 5.00 |
| Total: | 93.85 | 437.18 |

## Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 443.32 | 2,081.71 |
| Medicare - Taxable Wages | 443.32 | 2,081.71 |
| Federal Withholding - Taxable Wages | 443.32 | 2,081.71 |

## Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

## Payment Information

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| | | | 349.47 | USD |

Payslip: Megan Kerr ( ): 02/08/2020
(Regular) - Complete

07:01 PM
03/16/2020
Page 2 of 2

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| | | | | |

**Payslip: Megan Kerr ( ) 02/01/2020**
**(Regular) - Complete**

07:00 PM
03/16/2020
Page 1 of 1

## Company Information

| Name | Address | Phone |
|---|---|---|
| Aveanna Healthcare AS, LLC | 400 Interstate North Parkway, SE Suite 1600 Atlanta, GA 30339 United States of America | +1 770-441-1580 |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Megan Kerr | | 01/26/2020 | 02/01/2020 | 02/07/2020 | |

## Current and YTD Totals

| Balance Period | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 39.416666 | 433.61 | 0.00 | 91.55 | 0.00 | 342.06 |
| YTD | 148.933333 | 1,638.39 | 0.00 | 343.33 | 0.00 | 1,295.06 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Shift Pay | 01/26/2020 - 02/01/2020 | 39.416666 | 11.00 | 433.61 | 1,638.39 |
| | | | Total: | 433.61 | 1,638.39 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 26.88 | 101.58 |
| Medicare | 6.29 | 23.76 |
| Federal Withholding | 39.47 | 146.33 |
| State Tax - PA | 13.31 | 50.30 |
| SUI-Employee Paid - PA | 0.26 | 0.98 |
| City Tax - DUBOI | 4.34 | 16.38 |
| PA LST - DUBOI | 1.00 | 4.00 |
| Total: | 91.55 | 343.33 |

## Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 433.61 | 1,638.39 |
| Medicare - Taxable Wages | 433.61 | 1,638.39 |
| Federal Withholding - Taxable Wages | 433.61 | 1,638.39 |

## Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

## Payment Information

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| | | | 342.06 | USD |
| | | Total: | 342.06 | |