# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                              :
                                                                    : **Case No. 20-10238-TPA**
**Megan N. Kerr,**                                                  :
                                                                    : **Chapter 13**
         **Debtor**    :
                                                                    :

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 14th day of April, 2020, a true and correct copy of the Order dated April 13, 2020, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

    AVEANNA HEALTHCARE AS, LLC
    400 INTERSTATE NORTH PARKWAY SE, SUITE 1600
    ATLANTA, GA 30339

    MEGAN N. KERR
    8 ELM DRIVE
    BROOKVILLE, PA 15825

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

|   |   |
|---|---|
| Executed on: <u>April 14, 2020</u> | Respectfully submitted,<br>/s/ Jessica L. Tighe<br>Jessica L. Tighe; Legal Asst.<br>Law Offices of Kenny P. Seitz<br>P. O. Box 211<br>Ligonier, PA  15658<br>(814) 536-7470 |