# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : Case No. 20-10238-TPA |
| **Megan N. Kerr,** | : |
| | : Chapter 13 |
| **Debtor** | : |
| | : |

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 30th day of June, 2020, a true and correct copy of the Order dated June 29, 2020, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

AVEANNA HEALTHCARE AS, LLC
400 INTERSTATE NORTH PARKWAY SE, SUITE 1600
ATLANTA, GA 30339

MEGAN N. KERR
P.O. BOX 43
SLIGO, PA 16255

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

|  |  |
|---|---|
| | Respectfully submitted, |
| Executed on: June 30, 2020 | /s/ Jessica L. Tighe |
| | Jessica L. Tighe; Legal Asst. |
| | Law Offices of Kenny P. Seitz |
| | P. O. Box 211 |
| | Ligonier, PA  15658 |
| | (814) 536-7470 |