**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** : | **Bankruptcy No. 20-10238-TPA** |
|    **Megan N. Kerr,** : | |
|            **Debtor** : | **Chapter 13** |
| : | |
| **Megan N. Kerr,** : | **Docket No. 42** |
|            **Movant** : | |
| : | **Hearing Date & Time: October 14, 2020** |
|    v. : | **10:00 AM** |
| : | |
| **Quicken Loans, LLC,** : | |
|            **Respondent** : | |

**CERTIFICATION OF NO OBJECTION REGARDING OBJECTION TO NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES AND CHARGES**

The undersigned hereby certifies that as of the date hereof, no answer, no objection or other responsive pleading to the Debtor's Objection to Notice of Postpetition Mortgage Fees, Expenses and Charges dated September 8, 2020, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Objection to Notice of Postpetition Mortgage Fees, Expenses and Charges, appears thereon. Pursuant to the Notice of Hearing, objections to the Objection to Notice of Postpetition Mortgage Fees, Expenses and Charges were to be filed and served no later than September 25, 2020.

It is hereby respectfully requested that the Order attached to the Objection to Notice of Postpetition Mortgage Fees, Expenses and Charges be entered by the Court.

Dated: <u>September 28, 2020</u>　　　　　　　　/s/ Kenneth P. Seitz, Esquire
　　　　　　　　　　　　　　　　　　　　　　Kenneth P. Seitz, Esquire
　　　　　　　　　　　　　　　　　　　　　　PA I.D. # 81666
　　　　　　　　　　　　　　　　　　　　　　Law Offices of Kenny P. Seitz
　　　　　　　　　　　　　　　　　　　　　　P.O. Box 211
　　　　　　　　　　　　　　　　　　　　　　Ligonier, PA 15658
　　　　　　　　　　　　　　　　　　　　　　(814) 536-7470