FILED
9/30/20 11:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 20-10238-TPA |
| Megan N. Kerr, | : | |
| Debtor | : | Chapter 13 |
| | : | |
| Megan N. Kerr, | : | Docket No. |
| Movant | : | |
| | : | Related to Docket No. 39 |
| v. | : | |
| | : | Hearing Date & Time: October 14, 2020 |
| Quicken Loans, LLC, | : | 10:00 AM |
| Respondent | : | |

**ORDER**

This **30th** day of **September, 2020,** it is ORDERED that the Objection to Post-Petition Mortgage Fees, Expenses and Charges having been filed is hereby GRANTED and it is further ORDERED the fees are Disallowed and Quicken Loans LLC is to provide proof to Debtor's Counsel that said Fees have been removed.

BY THE COURT:

_____ vas
Thomas P. Agresti
United States Bankruptcy Judge