FILED
9/30/20 11:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 20-10238-TPA |
| Megan N. Kerr, | : | |
|     Debtor | : | Chapter 13 |
| | : | |
| Megan N. Kerr, | : | Docket No. |
|     Movant | : | |
| | : | Related to Docket No. 39 |
| v. | : | |
| | : | Hearing Date & Time: October 14, 2020 |
| Quicken Loans, LLC, | : | 10:00 AM |
|     Respondent | : | |

### ORDER

This **30th** day of **September, 2020,** it is ORDERED that the Objection to Post-Petition Mortgage Fees, Expenses and Charges having been filed is hereby GRANTED and it is further ORDERED the fees are Disallowed and Quicken Loans LLC is to provide proof to Debtor's Counsel that said Fees have been removed.

BY THE COURT,

_____
Thomas P. Agresti
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10238-TPA |
| Megan N. Kerr | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: dpas | Page 1 of 1 |
| Date Rcvd: Sep 30, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2020:**

**Recip ID       Recipient Name and Address**
db            + Megan N. Kerr, P.O. Box 43, Sligo, PA 16255-0043

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2020            Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2020 at the address(es) listed below:**

**Name**                              **Email Address**
Brian Nicholas
                                      on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com

Kenneth P. Seitz
                                      on behalf of Debtor Megan N. Kerr thedebterasers@aol.com

Office of the United States Trustee
                                      ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                                      cmecf@chapter13trusteewdpa.com

TOTAL: 4