# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: :
: **Case No. 20-10238-TPA**
**Megan N. Kerr,** :
: **Chapter 13**
**Debtor** :
:

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 14th day of October, 2020, a true and correct copy of the Order dated October 13, 2020, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

> AVEANNA HEALTHCARE AS, LLC
> 400 INTERSTATE NORTH PARKWAY SE, SUITE 1600
> ATLANTA, GA 30339
>
> MEGAN N. KERR
> P.O. BOX 43
> SLIGO, PA 16255

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: <u>October 14, 2020</u>

Respectfully submitted,
/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470