Case 20-10238-TPA    Doc 59    Filed 04/23/22    Entered 04/24/22 00:24:44    Desc Imaged
Certificate of Notice    Page 1 of 3

FILED
4/21/22 12:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Megan N. Kerr fka Megan N Jones<br>        <u>Debtor</u> | CHAPTER 13 |
| Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.<br>        <u>Movant</u><br>vs. | NO. 20-10238 TPA |
| Megan N. Kerr fka Megan N Jones<br>        <u>Debtor</u><br>Ronda J. Winnecour, Esquire<br>        <u>Trustee</u> | 11 U.S.C. Section 362<br><br>Related to Doc.No.57 |

## CONSENT ORDER

**WHEREAS,** on or about December 18, 2015, Derek and Megan executed a mortgage securing a loan again real property located at 8 Elm Drive, Brooksville, PA. Only Derek executed the note; and

**WHEREAS**, on or about March 20, 2020, debtor Megan Kerr filed this Chapter 13 Bankruptcy; and

**WHEREAS**, on or about August 23, 2019, Derek Kerr filed a Chapter 13 Bankruptcy under docket number 19-10852-TPA;

**WHEREAS**, on or about April 24, 2020, creditor, Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc., filed a proof of claim for a mortgage on real property 8 Elm Drive, Brookville, PA 15825; and

**WHEREAS**, Debtor, Megan Kerr, no longer lives at this property and therefore it is not her principal residence and the Debtor has requested that creditor not file Notice of Payment Changes under this case; and

**WHEREAS**, FRBP 3002.1 is not applicable as the property is not the debtor's principal residence; however, there is nothing in the record that confirms that the Debtor does not reside at the subject property;

IT IS on this ___21st___ day of April, 2022, **ORDERED** that:

1. FRBP 3002.1 is not applicable to creditor, Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc., in relation to this Bankruptcy case; and

2. Creditor, Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc., is not required to file Notice of Payment Changes in this case; and

3. This Order shall not relieve creditor, Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc., of any obligations to file Notice of Payment Changes in Derek Kerr's Bankruptcy case (19-10852-TPA).

**CONSENTED TO BY:**

/s/ Brian C. Nicholas, Esquire
Brian C. Nicholas, Esquire
Attorney I.D. No. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
bnicholas@kmllawgroup.com
Attorney for Secured Creditor, Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.

/s/ Owen Katz, Esquire
Owen Katz, Staff Attorney
Office of the Chapter 13 Trustee
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh PA 15219
(412) 471-5566 x3124
Fax (412) 471-5470
Email: okatz@chapter13trusteewdpa.com

/s/ Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
Law Offices of Kenneth P. Seitz
P.O. Box 211
Monroeville, PA 15658
814-536-7470
Attorney for Debtor

REVIEWED AND APPROVED BY:

_____
Honorable Thomas P. Agresti, U.S.B.J

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10238-TPA |
| Megan N. Kerr | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 1 |
| Date Rcvd: Apr 21, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2022:**

**Recip ID        Recipient Name and Address**
db            + Megan N. Kerr, P.O. Box 43, Sligo, PA 16255-0043

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2022         Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2022 at the address(es) listed below:**

**Name                          Email Address**

Brian Nicholas
                              on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com

Kenneth P. Seitz
                              on behalf of Debtor Megan N. Kerr thedebterasers@aol.com

Office of the United States Trustee
                              ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                              cmecf@chapter13trusteewdpa.com

TOTAL: 4