# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : Case No. 20-10238-JCM |
| **Megan N. Kerr,** | : |
| | : Chapter 13 |
| **Debtor** | : |
| | : |

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 18th day of March, 2024, a true and correct copy of the Order dated March 15, 2024, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

AVEANNA HEALTHCARE AS, LLC
400 INTERSTATE NORTH PARKWAY SE, SUITE 1600
ATLANTA, GA 30339

MEGAN N. KERR
889 SPRUCE ROAD
SUMMERVILLE, PA 15864

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Respectfully submitted,

Executed on: <u>March 18, 2024</u>    /s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470