Form 300b

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Megan N. Kerr** | : | Case No. 20–10238–JCM |
| **fka Megan N Jones** | : | Chapter: 13 |
|     *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
|     *Movant(s),* | : | |
| | : | Related to Document No. 89 |
|     v. | : | |
| **No Respondents** | : | Hearing Date: 12/3/24 at 02:30 PM |
|     *Respondent(s).* | : | |
| | : | |
| | : | |

**ORDER SCHEDULING DATE FOR RESPONSE**
**AND HEARING ON MOTION**

     **AND NOW,** this ***The 26th of September, 2024***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** having been filed at Doc. No. 89 , by the Chapter 13 Trustee

     It is hereby ***ORDERED, ADJUDGED and DECREED*** that:

     (1)  ***On or before November 12, 2024***, any ***Response***, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 ***OR*** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

     (2)  This *Motion* is scheduled for hearing on ***December 3, 2024 at 02:30 PM*** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

     (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court ***may*** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties will be ***required*** to appear at the hearing.

                                           _____

                                         John C. Melaragno, Judge
                                         United States Bankruptcy Court

cm:  All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10238-JCM |
| Megan N. Kerr | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Sep 26, 2024 | Form ID: 300b | Total Noticed: 25 |

The following symbols are used throughout this certificate:

**Symbol**   **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Megan N. Kerr, 889 Spruce Road, Summerville, PA 15864-3725 |
| 15220709 | | Pa Sta Empcu, P.o. Box 1006, Harrisburg, PA 17108 |
| 15220711 | + | S & T Bank, 800 Philadelphia, Indiana, PA 15701-3908 |
| 15245165 | + | S&T Bank, 355 North Fifth Street, Indiana, PA 15701-1940 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2024 00:26:40 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15232225 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2024 00:25:32 | CVI SGP-CO Acquisition Trust, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15220703 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 27 2024 00:25:44 | Cap1/cabelas, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |
| 15220704 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 27 2024 00:01:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 15222788 | | Email/Text: mrdiscen@discover.com | Sep 27 2024 00:00:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15220706 | + | Email/Text: mrdiscen@discover.com | Sep 27 2024 00:00:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 15220707 | + | Email/Text: hmcgrp@aol.com | Sep 27 2024 00:00:00 | Hmc Group, 29065 Clements Rd, Westlake, OH 44145-1179 |
| 15220708 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 27 2024 00:02:00 | Kay Jewelers/genesis, Po Box 4485, Beaverton, OR 97076-4485 |
| 15366155 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2024 00:26:27 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15229662 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2024 00:25:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15267266 | + | Email/Text: Bankruptcy@natfuel.com | Sep 27 2024 00:01:00 | National Fuel, Attn. Legal Dept., P.O. Box 2081, Erie, PA 16512-2081 |
| 15274112 | + | Email/Text: bankruptcynotices@psecu.com | Sep 27 2024 00:01:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 15234045 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 27 2024 00:01:00 | QUICKEN LOANS, LLC fka QUICKEN LOANS, INC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15220710 | + | Email/Text: bankruptcyteam@quickenloans.com | | |

District/off: 0315-1 | User: auto | Page 2 of 3
Date Rcvd: Sep 26, 2024 | Form ID: 300b | Total Noticed: 25

| | | | |
|---|---|---|---|
| | | Sep 27 2024 00:01:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15220712 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Sep 27 2024 00:05:05 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15220713 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Sep 27 2024 00:26:13 | Syncb/oldnavydc, Po Box 965005, Orlando, FL 32896-5005 |
| 15221056 | + Email/PDF: ebn_ais@aisinfo.com | | |
| | | Sep 27 2024 00:25:21 | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15220714 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |
| | | Sep 27 2024 00:00:00 | Toyota Motor Credit, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 15238416 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | | |
| | | Sep 27 2024 00:00:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15352153 | Email/PDF: bncnotices@becket-lee.com | | |
| | | Sep 27 2024 00:26:42 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15242776 | Email/PDF: ebn_ais@aisinfo.com | | |
| | | Sep 27 2024 00:43:46 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15246374 | *+ | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15220705 | ##+ | Derek S. Kerr, 8 Elm Drive, Brookville, PA 15825-1010 |

TOTAL: 2 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | |
| | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Denise Carlon | |
| | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |

District/off: 0315-1

User: auto

Date Rcvd: Sep 26, 2024

Form ID: 300b

Total Noticed: 25

Kenneth P. Seitz
          on behalf of Debtor Megan N. Kerr thedebterasers@aol.com

Office of the United States Trustee
          ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
          cmecf@chapter13trusteewdpa.com


TOTAL: 5