**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

MEGAN N. KERR

          Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
          Movant
      vs.
No Respondents.

Case No.:20-10238

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

September 25, 2024

/s/  Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 03/20/2020  and confirmed on 6/25/20 .  The case was subsequently Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | | |
|---|---|---|---|
| Total Receipts | | | 21,771.18 |
| Less Refunds to Debtor | | 662.25 | |
| TOTAL AMOUNT OF PLAN FUND | | | 21,108.93 |

| Administrative Fees | |
|---|---|
| Filing Fee | 0.00 |
| Notice Fee | 0.00 |
| Attorney Fee | 3,962.00 |
| Trustee Fee | 1,092.44 |
| Court Ordered Automotive Insurance | 0.00 |
| TOTAL ADMINISTRATIVE FEES | 5,054.44 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| QUICKEN LOANS LLC FKA QUICKEN LOAN<br>Acct: 2829 | 0.00 | 0.00 | 0.00 | 0.00 |
| QUICKEN LOANS LLC FKA QUICKEN LOAN<br>Acct: 2829 | 0.00 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC<br>Acct: 2745 | 0.00 | 0.00 | 0.00 | 0.00 |
| PA STATE EMPLOYEES CU/PSECU<br>Acct: 5232 | 13,254.08 | 13,254.08 | 2,581.16 | 15,835.24 |
| TOYOTA MOTOR CREDIT CORP<br>Acct: 0023 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 15,835.24 |
| **Priority** | | | | |
| KENNETH P SEITZ ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MEGAN N. KERR<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MEGAN N. KERR<br>Acct: | 662.25 | 662.25 | 0.00 | 0.00 |
| LAW OFFICES OF KENNETH P SEITZ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KENNETH P SEITZ ESQ<br>Acct: | 3,962.00 | 3,962.00 | 0.00 | 0.00 |
| QUICKEN LOANS LLC FKA QUICKEN LOAN<br>Acct: 2829 | 0.00 | 0.00 | 0.00 | 0.00 |
| QUICKEN LOANS LLC FKA QUICKEN LOAN<br>Acct: 2829 | 0.00 | 0.00 | 0.00 | 0.00 |
| * * * N O N E * * * | | | | |
| **Unsecured** | | | | |
| CAPITAL ONE**<br>Acct: 8627 | 0.00 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC<br>Acct: 6531 | 932.13 | 7.08 | 0.00 | 7.08 |
| DISCOVER BANK(*) | 2,539.24 | 19.30 | 0.00 | 19.30 |

20-10238                                                                    Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 7802 | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1502 | | | | |
| HMC GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3656 | | | | |
| HMC GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8619 | | | | |
| S & T BANK(*) | 7,869.75 | 59.81 | 0.00 | 59.81 |
| Acct: 5037 | | | | |
| SYNCHRONY BANK BY AIS INFOSOURCE | 4,594.02 | 34.91 | 0.00 | 34.91 |
| Acct: 8044 | | | | |
| SYNCHRONY BANK BY AIS INFOSOURCE | 4,335.67 | 32.95 | 0.00 | 32.95 |
| Acct: 2099 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 380.00 | 2.89 | 0.00 | 2.89 |
| Acct: 0001 | | | | |
| TOYOTA MOTOR CREDIT CORP | 8,198.37 | 62.31 | 0.00 | 62.31 |
| Acct: 0023 | | | | |
| NATIONAL FUEL GAS DISTRIBUTION COR | 503.41 | 0.00 | 0.00 | 0.00 |
| Acct: 6608 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2099 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DEREK S KERR++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 219.25 |

TOTAL PAID TO CREDITORS                                                      16,054.49

TOTAL CLAIMED
PRIORITY             0.00
SECURED          13,254.08
UNSECURED        29,352.59

Date: 09/25/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    MEGAN N. KERR

            Debtor(s)

Ronda J. Winnecour
           Movant
         vs.
No Repondents.

Case No.:20-10238

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                          Case No. 20-10238-JCM

Megan N. Kerr                                                                                                         Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1                               User: auto                                                    Page 1 of 3

Date Rcvd: Sep 26, 2024                        Form ID: pdf900                                    Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Megan N. Kerr, 889 Spruce Road, Summerville, PA 15864-3725 |
| 15220709 | | Pa Sta Empcu, P.o. Box 1006, Harrisburg, PA 17108 |
| 15220711 | + | S & T Bank, 800 Philadelphia, Indiana, PA 15701-3908 |
| 15245165 | + | S&T Bank, 355 North Fifth Street, Indiana, PA 15701-1940 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2024 00:25:56 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15232225 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2024 00:26:26 | CVI SGP-CO Acquisition Trust, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15220703 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 27 2024 00:25:18 | Cap1/cabelas, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |
| 15220704 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 27 2024 00:01:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 15222788 | | Email/Text: mrdiscen@discover.com | Sep 27 2024 00:00:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15220706 | + | Email/Text: mrdiscen@discover.com | Sep 27 2024 00:00:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 15220707 | + | Email/Text: hmcgrp@aol.com | Sep 27 2024 00:00:00 | Hmc Group, 29065 Clements Rd, Westlake, OH 44145-1179 |
| 15220708 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 27 2024 00:02:00 | Kay Jewelers/genesis, Po Box 4485, Beaverton, OR 97076-4485 |
| 15366155 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2024 00:26:27 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15229662 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2024 00:43:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15267266 | + | Email/Text: Bankruptcy@natfuel.com | Sep 27 2024 00:01:00 | National Fuel, Attn. Legal Dept., P.O. Box 2081, Erie, PA 16512-2081 |
| 15274112 | + | Email/Text: bankruptcynotices@psecu.com | Sep 27 2024 00:01:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 15234045 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 27 2024 00:01:00 | QUICKEN LOANS, LLC fka QUICKEN LOANS, INC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15220710 | + | Email/Text: bankruptcyteam@quickenloans.com | | |

District/off: 0315-1            User: auto            Page 2 of 3

Date Rcvd: Sep 26, 2024            Form ID: pdf900            Total Noticed: 25

| | | | |
|---|---|---|---|
| | | Sep 27 2024 00:01:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15220712 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Sep 27 2024 00:03:56 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15220713 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Sep 27 2024 00:54:59 | Syncb/oldnavydc, Po Box 965005, Orlando, FL 32896-5005 |
| 15221056 | + | Email/PDF: ebn_ais@aisinfo.com | |
| | | Sep 27 2024 00:26:08 | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15220714 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | |
| | | Sep 27 2024 00:00:00 | Toyota Motor Credit, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 15238416 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | |
| | | Sep 27 2024 00:00:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15352153 | | Email/PDF: bncnotices@becket-lee.com | |
| | | Sep 27 2024 00:26:05 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15242776 | | Email/PDF: ebn_ais@aisinfo.com | |
| | | Sep 27 2024 00:25:26 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 21

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15246374 | *+ | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15220705 | ##+ | Derek S. Kerr, 8 Elm Drive, Brookville, PA 15825-1010 |

TOTAL: 2 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2024          Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | |
| | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Denise Carlon | |
| | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |

Kenneth P. Seitz
                              on behalf of Debtor Megan N. Kerr thedebterasers@aol.com

Office of the United States Trustee
                              ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                              cmecf@chapter13trusteewdpa.com


TOTAL: 5