### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 20-10238-JCM |
| **Megan N. Kerr,** | : | |
| Debtor | : | Chapter 13 |
| **Megan N. Kerr,** | : | |
| Movant | : | Docket No. 94 |
| v. | : | |
| **No Respondents** | : | |

### DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is required to pay Domestic Support Obligations and the Debtor has paid any amounts payable under a Court Order or Statute that were due on or before the date of this Certification (including amounts due before the petition was filed, but only to the extent provided for in the Plan).

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On October 28, 2024, at docket number 93, the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form. This Certification is being signed under penalty of perjury by Kenneth P. Seitz, Esquire that he duly questioned the Debtor about the statements in this Certification and verified the answers in support of this Certification.

Dated: October 28, 2024   By:   /s/ Kenneth P. Seitz, Esquire
Signature
Kenneth P. Seitz, Esquire
Name of Filer - Typed
P.O. Box 211, Ligonier, PA 15658
Address of Filer
TheDebtErasers@aol.com
Email Address of Filer
(814) 536-7470
Phone Number of Filer
81666 Pennsylvania
Bar I.D. and State of Admission

1